No. 26-1609

---

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

JACK DICKINSON, also known as the Portland Chicken; LAURIE ECKMAN, RICHARD ECKMAN, HUGO RIOS, MASON LAKE, on behalf of themselves and those similarly situated,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, President of the United States in his official capacity; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Defendants-Appellants.

---

# BRIEF OF *AMICUS CURIAE* CITY OF PORTLAND
## IN SUPPORT OF PLAINTIFFS-APPELLEES

---

On Appeal from the United States District Court
for the District of Oregon
No. 3:25-cv-02170-SI
The Honorable Michael H. Simon, District Judge

Denis M. Vannier, OSB No. 044406
Senior Deputy City Attorney
Office of City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR  97204
503-823-4047
denis.vannier@portlandoregon.gov
*Counsel for* Amicus Curiae *City of Portland*

# TABLE OF CONTENTS

Page

INTEREST OF *AMICUS CURIAE* .......................................................................1

FRAP RULE 29 STATEMENT ...............................................................2

INTRODUCTION .................................................................................2

ARGUMENT .......................................................................................8

    I.    The federal executive's surge of armed personnel to Portland, and its use of unjustified and indiscriminate force against protesters at the ICE facility, are driven by political animus. ......................................................................9

    II.    Federal law enforcement's use of excessive and indiscriminate force has undermined PPB's response to protests. ..........................................................................18

    III.    The federal executive's unjustified, excessive, and indiscriminate force not only endangers protesters and impedes the efforts of PPB, but also causes deep harm to the greater Portland community. ....................................25

CONCLUSION ..................................................................................28

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Oregon v. Trump,*
  802 F. Supp. 3d 1277 (D. Or. 2025) ....................................................13

*Oregon v. Trump,*
  809 F. Supp. 3d 1193 (D. Or. 2025) ....................................................13

*United States v. Oregon,*
  2026 WL 318402 (D. Or. Feb. 5, 2026) ................................................6

*Winter v. Natural Res. Def. Council,*
  555 U.S. 7 (2008) ...............................................................................28

**Founding Documents**

U.S. Const. amend. I ...............................................................................7

The Declaration of Independence para. 2 (U.S. 1776) ...........................2

The Declaration of Independence para. 3 (U.S. 1776) ........................2, 3

The Federalist No. 48 (James Madison) ..............................................29

**Statutes**

Or. Rev. Stat. § 181A.708 .....................................................................24

Or. Rev. Stat. § 181A.710 .....................................................................24

Or. Rev. Stat. § 181A.710(2)(b) ...........................................................24

**Executive Orders**

Exec. Order No. 14159, 90 Fed. Reg. 8443 (Jan. 20, 2025) ..................10

Exec. Order No. 14218, 90 Fed. Reg. 10581 (Feb. 19, 2025) ................10

**City Code Provisions**

Portland, Or. Code Ch. 5.80 (Detention Facility Impact Fee, Ordinance 192127; effective Jan. 2, 2025) ...........................................................27

**Other Authorities**

Ali Breland, *The Trump Administration is Publishing a Stream of Nazi Propaganda*, The Atlantic (Jan. 21, 2026), https://www.theatlantic.com/national-security/2026/01/social-media-trump-administration-dhs/685659/ ......................................................4

Anna Griffin, *Trump Again Focuses on Portland as an Avatar of the Left*, New York Times (Sept. 28, 2025), https://www.nytimes.com/2025/09/28/us/portland-trump-ice-protests.html...................................................................................17

Cellna Tebor, *Trump has had his Sights on Portland, Oregon, for Years. This is How we Got Here*, CNN (Oct. 9, 2025), https://www.cnn.com/2025/10/09/ us/portland-oregon-trump-history ..6

Claire Rush and Melissa Goldin, *FACT FOCUS: Trump paints a grim portrait of Portland. The story on the ground is much less extreme* (Oct. 9, 2025), https://apnews.com/article/fact-check-trumpportland-oregon-protests-antifa203826406efb7420911ae756b4331f60 .......................................11

Courtney Sherwood, *"Like living in Hell": Trump Hints Portland Could be Next City to see National Guard on Streets*, OPB (Sept. 5, 2025), https://www.opb.org/article/2025/09/05/ trump-portland-national-guard/ ...............................................................................6

Daniel Dale, *Fact check: Trump falsely claims, again, that Portland is burning down* (Oct. 22, 2025), https://www.cnn.com/2025/10/22/politics/ fact-check-trump-portland-burning-fire ...................................................................................11

Dirk VanderHart, *Trump administration gave Oregon governor 12-hour deadline to mobilize troops, memo shows* (Oct. 1, 2025), https://www.opb.org/article/2025/10/01/trump-kotek-troop-mobilization-deadline/ ...................................................................13

Donald J. Trump (@realDonaldTrump), Truth Social (Sept. 27, 2025, at 07:19 AM), https://truthsocial.com/@realDonaldTrump/posts/11527669493626326 6 ........................................................................................................ 12

Erik Neumann*, Right-wing influencers shape nation and Trump's understanding of Portland protests* (Oct. 11, 2025), https://www.opb.org/article/2025/10/11/right-wing-influencers-shape-nation-and-trumps-understanding-of-portland-protests/ ................... 13

Fox News*, "I'm EXTREMELY disappointed: Secretary Kristi Noem"*, YouTube (Oct. 7, 2025), https://www.youtube.com/watch?v=XGZ26qJNzho ........................... 14

Geoff Mulvihill, *Trump threatens to halt federal money next month not only to sanctuary cities but also their states* (Jan. 13, 2026), https://apnews.com/article/trump-sanctuary-cities-states-federal-funding-f0bb01398d9d955a498170e7334ce14a ................................. 10

Hamed Aleaziz and Orlando Mayorquin, *Immigration Arrests in Los Angeles Spike Amid Aggressive Enforcement*, (July 11, 2025), https://www.nytimes.com/2025/07/11/us/politics/los-angeles-immigration-enforcement.html ........................................................ 10

Hanna Rosin, *Another Death in Minneapolis*, The Atlantic (Jan. 25, 2026), https://www.theatlantic.com/podcasts/2026/01/another-death-minneapolis/685747/ ............................................................................ 3

Jennifer Bendery, *Kristi Noem Won't Admit Renee Good, Alex Pretti Were Not "Domestic Terrorists"* (Mar. 4, 2026), https://www.huffpost.com/entry/kristi-noem-jamie-raskin-renee-good-alex-pretti-domestic-terrorists_n_69a8728be4b0d5c345662f66 ......... 13

Michelle Griffith, *Feds Oust Minnesota Investigators from ICE Shooting Probe*, The Minnesota Reformer (Jan. 8, 2026), https://minnesotareformer.com/2026/01/08/fbi-ousts-minnesota-investigators-from-ice-shooting-probe/ ................................................ 3

Moustafa Bayoumi, *Trump is Deliberately Ratcheting up Violence in Los Angeles*, The Guardian (Jun. 10, 2025), https://www.theguardian.com/commentisfree/2025/jun/10/ trump-violence-los-angeles ...............................................................................3

Myah Ward and Natalie Fertig, *Why Donald Trump is obsessed with Portland*, Politico (Sept. 27, 2025), https://www.politico.com/news/2025/09/27/donald-trump-portland-military-protest-00583423....................................................................17

National Security Presidential Memorandum/NSPM-7 (Sept. 25, 2025), https://www.whitehouse.gov/presidential-actions/2025/09/countering-domestic-terrorism-and-organized-political-violence...........................15

Nicolas Chapuis, *After Alex Pretti's Death in Minneapolis, Trump's Strategy of Stoking Tension Comes Under Scrutiny*, Le Monde (Jan. 26, 2026), https://www.lemonde.fr/en/ international/article/2026/01/26/after-alex-pretti-s-death-inminneapolis-trump-s-str .....................................4

Portland Mayor Statement on Federal Use of Chemical Munitions at Peaceful Protest (Jan. 31, 2026), https://www.portland.gov/mayor/keithwilson/news/2026/1/31/portland-mayor-statement-federal-use-chemical-munitions-peaceful .............28

Press Release, City of Minneapolis, *Operation Metro Surge results in 203 million dollar impact on Minneapolis* (Feb. 13, 2026), https://www.minneapolismn.gov/news/2026/february/oms-impact/ ...10

Press Release, Office of Governor JB Pritzker, *Operation Midway Blitz: The Economic and Human Costs to Illinois Communities* (Dec. 11, 2025), https://gov-pritzkernewsroom.prezly.com/operation-midway-blitz-the-economic-and-human-costs-to-illinoiscommuniti..............................10

Press Release, U.S. Dep't of Justice, *Justice Department Publishes List of Sanctuary Jurisdictions*, (Aug. 5, 2025), https://www.justice.gov/opa/pr/justice-department-publishes-list-sanctuary-jurisdictions...................................................................10

v

Remarks and Document Signing Ceremony Following the Inaugural Parade at Capitol One Arena (Jan. 20, 2025), https://www.presidency.ucsb.edu/documents/remarks-and-document-signing-ceremony-following-the-inaugural-parade-capitol-one-arena ...........................................................................................11

Richard Luscome, *Trump Administration Unleashes Torrent of Untruths after Woman Shot Dead by ICE*, The Guardian (Jan. 9, 2026), https://www.theguardian.com/us-news/2026/jan/09/white-house-minneapolis-ice-killing ........................................................................4

Rober*t* Mackey, *Justice Department "Not Investigating" Renee Good Killing in Contrast to 2020 Inquiry on George Floyd Death*, The Guardian (Jan. 18, 2026), https://www.theguardian.com/us-news/2026/jan/18/justice-department-ice-renee-good-george-floyd-min ........................................3

*Targeting of political opponents and civil society under the second Trump admini*stration, Wikipedia (May 12, 2026, 3:31 PM), https://en.wikipedia.org/wiki/Targeting_of_political_opponents_and_civil_society_under_the_second_Trump_administration ........................6

The Oregonian*, "It is Like Living in Hell": Trump Discusses Portland as He Considers Sending the Nati*onal *Guard*, YouTube (Sept. 5, 2025), https://www.youtube.com/watchv=6tP9QqDmu74 .............................12

The Oregonian, *Trump Mentions Portland at White House: "Just People Out of Control* and Crazy," YouTube (Sept. 19, 2025) https://www.youtube.com/watch?v=cisl1y10YRw&t=10s ...................12

Zachary B. Wolf, *DHS Leans into Propaganda with Militaristic Action Videos*, CNN (Oct. 10, 2025), https://www.cnn.com/ 2025/10/10/politics/ice-videos-dhs-noem-immigration-arrests-analysis .............................................................4

Zaeem Shaikh, *Portland crime data contradicts Trump's 'living in hell' claim* (Sept. 23, 2025), https://www.oregonlive.com/crime/2025/09/portland-crime-data-contradicts-trumps-living-in-hell-claim.html ...................................15

Zane Sparling, *Trump's Obsession with Portland Goes Back Years. His Message has Escalated*, The Oregonian (Oct. 03, 2025), https://www.oregonlive.com/politics/2025/10/trumps-obsession-with-portland-goes-back-years-his-message-has-escalated.html..................6

## INTEREST OF *AMICUS CURIAE*

The City of Portland ("the City") is a municipal corporation duly organized and existing under the laws of the State of Oregon. Plaintiffs' lawful protest activity and federal defendants' uses of force in this case have been focused on the ICE facility located at South Macadam Avenue within City limits. The named plaintiffs are all residents of the City, as are many members of the provisionally certified class who have protested outside the ICE facility since June 2025. The residential and business neighbors in the area of the ICE facility who have been adversely affected by the federal administration's use of teargas and indiscriminate munitions are also Portlanders. The Portland Police Bureau is the largest law enforcement agency in Oregon and has the primary responsibility of ensuring public safety and responding to crime within the City of Portland, including the area around the ICE facility. Portland Fire and Rescue provides emergency medical response in the City of Portland, including the area around the ICE facility. Finally, City elected officials are regularly in contact with members of the public who have been repeatedly harmed by the uses of force at the ICE facility. The City accordingly has an interest in the proper application of

the law in this case and can provide this court with valuable context for its analysis.

## FRAP RULE 29 STATEMENT

All parties have consented to the filing of this brief. No counsel for any party authored this brief in whole or part; no party or party's counsel contributed money intended to fund preparing or submitting this brief; and no person other than *amicus curiae*, its members, or its counsel contributed any money intended to fund preparing or submitting this brief.

## INTRODUCTION

Two hundred and fifty years ago this year, our nation set upon a great experiment, prompted by the "long train of abuses" of a regime that saw itself as unaccountable to the citizens of its distant colonies. The Declaration of Independence para. 2 (U.S. 1776). As set out in the Declaration of Independence, those abuses included dispatching "[o]fficers to harass our people," taking steps to protect those officers "from punishment for any Murders which they should commit on the Inhabitants of these States," and "excit[ing] domestic insurrections among us[.]" *Id.* ¶ 3. It was to secure its freedoms from such abuses that

our nation declared its independence, and it was to guarantee that such willful violations of basic liberties would not recur that our Constitution and Bill of Rights were adopted.

Yet in today's America, some in Washington, D.C., seem to have forgotten those lessons from history. For nearly a year now, officers of the federal executive branch have been dispatched to select American jurisdictions whose citizenry disagree with the executive's political priorities "to harass our people"; the administration has appeared to take steps to "protect [those officers] from punishment" for crimes they might "commit on the inhabitants of those States"; and it has done its utmost—to date, unsuccessfully—to "excite[] domestic insurrection among us[.]"[1] *Id.* ¶ 3. Those targeted actions have been accompanied by

---

[1] *See, e.g.,* Hanna Rosin, *Another Death in Minneapolis*, The Atlantic (Jan. 25, 2026), https://www.theatlantic.com/podcasts/2026/01/another-death-minneapolis/685747/; Robert Mackey, *Justice Department "Not Investigating" Renee Good Killing in Contrast to 2020 Inquiry on George Floyd Death*, The Guardian (Jan. 18, 2026), https://www.theguardian.com/us-news/2026/jan/18/justice-department-ice-renee-good-george-floyd-minneapolis; Michelle Griffith, *Feds Oust Minnesota Investigators from ICE Shooting Probe*, The Minnesota Reformer (Jan. 8, 2026), https://minnesotareformer.com/2026/01/08/fbi-ousts-minnesota-investigators-from-ice-shooting-probe/; Moustafa Bayoumi, *Trump is Deliberately Ratcheting up Violence in Los Angeles*, The Guardian (Jun. 10, 2025),

a campaign of disinformation and internet trolling from executive-branch officials without modern precedent.[2] In short, the federal executive's actions to quell the voice of the people and disrupt the free expression of the residents of the City of Portland are part of a national campaign against civil dissent, and they should be analyzed in that light.

In addition to being an affront to the Constitution and the core values our nation has long professed, the executive branch's persistent use of excessive, indiscriminate force against its political opponents in Portland has undermined the City's ability to pursue its approach to

---

https://www.theguardian.com/commentisfree/2025/jun/10/trump-violence-los-angeles; Nicolas Chapuis, *After Alex Pretti's Death in Minneapolis, Trump's Strategy of Stoking Tension Comes Under Scrutiny*, Le Monde (Jan. 26, 2026), https://www.lemonde.fr/en/international/article/2026/01/26/after-alex-pretti-s-death-inminneapolis-trump-s-strategy-of-tension-comes-under-scrutiny_6749814_4.html.

[2] *See, e.g.,* Zachary B. Wolf, *DHS Leans into Propaganda with Militaristic Action Videos*, CNN (Oct. 10, 2025), https://www.cnn.com/2025/10/10/politics/ice-videos-dhs-noem-immigration-arrests-analysis; Richard Luscome, *Trump Administration Unleashes Torrent of Untruths after Woman Shot Dead by ICE*, The Guardian (Jan. 9, 2026), https://www.theguardian.com/us-news/2026/jan/09/white-house-minneapolis-ice-killing; Ali Breland, *The Trump Administration is Publishing a Stream of Nazi Propaganda*, The Atlantic (Jan. 21, 2026), https://www.theatlantic.com/national-security/2026/01/social-media-trump-administration-dhs/685659/.

policing and injured the civic health and vitality of our community. Plaintiffs have outlined many of those harmful impacts in their own brief, but the present *amicus* brief provides additional context.

Over the past several years the City has engaged in a thoughtful process to improve its approach to policing large public protests—a process that was undertaken following this same federal executive's dispatch of federal officers to Portland in 2020, which inflamed and stoked the largest protests the City had witnessed in decades. The federal executive's indiscriminate and excessive uses of force in responding to recent protests against its policies have interfered with, and undermined, the City's own efforts at policing those protests while respecting and protecting participants' constitutional rights to freedom of speech and assembly.

As noted above, the federal executive's surge of armed personnel to Portland and its indiscriminate and excessive use of force is also retaliatory. The present administration has made no secret of its loathing for the people and City of Portland, who embody and proclaim

values that are anathema to it.[3] Far from hiding its retaliatory intent, this federal executive has gloried in it, daring dissenters to face its wrath.[4] Defendants' attempts in this case to point to occasional low-level violations of the law as justification for that retaliation should be seen for the pretextual fig leaf that it is: as a district-court judge in this circuit recently noted in another case, "[t]he presumption of regularity that has been previously extended to [the federal executive branch] that it could be taken at its word—with little doubt about its intentions and stated purposes—no longer holds." *United States v. Oregon*, 2026 WL 318402, at *11 (D. Or. Feb. 5, 2026).

---

[3] *See., e.g.,* Zane Sparling, *Trump's Obsession with Portland Goes Back Years. His Message has Escalated*, The Oregonian (Oct. 03, 2025), https://www.oregonlive.com/politics/2025/10/trumps-obsession-with-portland-goes-back-years-his-message-has-escalated.html; Cellna Tebor, *Trump has had his Sights on Portland, Oregon, for Years. This is How we Got Here*, CNN (Oct. 9, 2025), https://www.cnn.com/2025/10/09/us/portland-oregon-trump-history; Courtney Sherwood, *"Like living in Hell": Trump Hints Portland Could be Next City to see National Guard on Streets*, OPB (Sept. 5, 2025), https://www.opb.org/article/2025/09/05/trump-portland-national-guard/.

[4] *See Targeting of political opponents and civil society under the second Trump administration*, Wikipedia (May 12, 2026, 3:31 PM), https://en.wikipedia.org/wiki/Targeting_of_political_opponents_and_civil_society_under_the_second_Trump_administration.

The federal executive's retaliatory actions have durably affected the well-being of the Portland community as a whole. City residents are understandably fearful for their safety, their health, and for that of their families, friends, and neighbors. A city cannot thrive—indeed, it cannot properly function—when its residents are at risk of violence from their own federal executive for exercising their constitutional rights to vote, to freedom of speech, to assemble peaceably, or to petition the government for a redress of grievances. U.S. Const. amend. I.

Our nation has endured for two hundred and fifty years by remembering the values enshrined in the Constitution, the Bill of Rights, and the Declaration of Independence. When those values are forgotten by the federal executive, it is incumbent upon the courts to remind those in Washington, D.C., that the values of our founding documents still endure. The district court's preliminary injunction in this case properly enjoins defendants from using the types of force they have used in furtherance of their retaliatory goals, while allowing legitimate uses of force in defense of persons or property, or to effect arrests. This court should affirm that reasonable interim remedy while this case proceeds to a full decision on the merits of plaintiffs' claims.

## ARGUMENT

The federal government's current approach to policing protests in Portland is a continuation of its inappropriate tactics from 2020. (*See* SER00340; 03/02/26 Tr. 35, 81-84). In 2020, while there was far more significant protest activity in Portland, it had begun to wane by late June. (03/02/26 Tr. 81, 83-84). But the federal government, at the very time that protest activity lessened, sent an influx of federal officers to Portland, and the ensuing indiscriminate uses of force inflamed the situation. (*Id*. at 82; SER00340). The City does not wish the federal executive's renewed use of unjustified tactics in Portland to inflame the situation now as it did in 2020, and the district court's preliminary injunction appropriately enjoins such tactics, reducing this risk.

The City of Portland and its Police Bureau ("PPB") learned many valuable lessons from their own response to demonstrations in 2020. (*See* SER00339-40; 03/02/26 Tr. 78-81). PPB implemented significant changes following those protests. (*See id*.). Consistent with changes to Oregon law and best practices, PPB revised its policies and updated its training and tactics for responding to protests. These changes have significantly reduced PPB's reliance on deploying force, including

teargas, during large protest events, and they have significantly improved PPB's relationship with community members and protesters. (*See id.*). The federal government's excessive and often unpredictable uses of force at the ICE facility over the last year have significantly frustrated PPB's ability to use its own more effective and improved approach to responding to protests. (*See* SER00340).

I. **The federal executive's surge of armed personnel to Portland, and its use of unjustified and indiscriminate force against protesters at the ICE facility, are driven by political animus.**

Defendant Trump has long engaged in inflammatory rhetoric and attempts to harm Democratic-led cities, and particularly cities that embrace sanctuary policies toward immigration, like Portland. In 2020, after surging federal law enforcement to the City, defendant Trump tweeted, "Portland is a mess, and it has been for many years. If this joke of a mayor doesn't clean it up, we will go in and do it for them."[5] His new administration has continued where the previous one

---

[5] Brian Naylor, "*Officials Identify Slain Portland Trump Supporter; President Threatens Intervention*, NPR (Aug. 31, 2020), https://www.npr.org/sections/live-updates-protests-forracial-justice/2020/08/31/907870503/trump-threatens-intervention-after-portland-violence.

left off in 2020—fixated on identifying tools to harm local governments that have embraced immigrant communities and elected not to weaponize their local-government resources to enforce federal immigration policy. The administration has repeatedly threatened and attempted to carry out unconstitutional funding cuts to these dissenting jurisdictions, including Portland.[6] It has targeted many such jurisdictions with aggressive and harmful enhanced immigration enforcement.[7] And the administration has used its megaphone to

---

[6] *See* Exec. Order No. 14159, 90 Fed. Reg. 8443 (Jan. 20, 2025) ("Protecting the American People Against Invasion"); Exec. Order No. 14218, 90 Fed. Reg. 10581 (Feb. 19, 2025) ("Ending Taxpayer Subsidization of Open Borders"); Press Release, U.S. Dep't of Justice, *Justice Department Publishes List of Sanctuary Jurisdictions*, (Aug. 5, 2025), https://www.justice.gov/opa/pr/justice-department-publishes-list-sanctuary-jurisdictions; Geoff Mulvihill, *Trump threatens to halt federal money next month not only to sanctuary cities but also their states* (Jan. 13, 2026), https://apnews.com/article/trump-sanctuary-cities-states-federal-funding-f0bb01398d9d955a498170e7334ce14a.

[7] Hamed Aleaziz and Orlando Mayorquin, *Immigration Arrests in Los Angeles Spike Amid Aggressive Enforcement*, (July 11, 2025), https://www.nytimes.com/2025/07/11/us/politics/los-angeles-immigration-enforcement.html; Press Release, Office of Governor JB Pritzker, *Operation Midway Blitz: The Economic and Human Costs to Illinois Communities* (Dec. 11, 2025), https://gov-pritzkernewsroom.prezly.com/operation-midway-blitz-the-economic-and-human-costs-to-illinoiscommunities; Press Release, City of Minneapolis, *Operation Metro Surge results in 203 million dollar impact on Minneapolis* (Feb.

defame and propagandize a fictional, dystopian vision of crime and protests in these jurisdictions, including Portland.[8]

Since taking office again, defendant Trump has repeatedly broadcast false narratives about purported rampant crime, destruction, danger, and chaos in Portland. This began on the very day of his inauguration, when he stated, "look what happens in other parts of the country. In Portland, where they kill people, they destroy the city, nothing happens to them."[9] The repeated uses of unprompted, excessive, and indiscriminate force against plaintiffs and others

---

13, 2026), https://www.minneapolismn.gov/news/2026/february/oms-impact/.

[8] Daniel Dale, *Fact check: Trump falsely claims, again, that Portland is burning down* (Oct. 22,2025), https://www.cnn.com/2025/10/22/politics/fact-check-trump-portland-burning-fire; Claire Rush and Melissa Goldin, *FACT FOCUS: Trump paints a grim portrait of Portland. The story on the ground is much less extreme* (Oct. 9, 2025), https://apnews.com/article/fact-check-trumpportland-oregon-protests-antifa-203826406efb7420911ae756b4331f60.

[9] Remarks and Document Signing Ceremony Following the Inaugural Parade at Capitol One Arena (Jan. 20, 2025), https://www.presidency.ucsb.edu/documents/remarks-and-document-signing-ceremony-following-the-inaugural-parade-capitol-one-arena.

described by the district court in this case stem from this federal executive's animus toward Portland and its residents.[10]

Defendant Trump's false rhetoric reached a first paroxysm in fall 2025 with a failed attempt to deploy the military to Portland:

> At the request of Secretary of Homeland Security, Kristi Noem, I am directing Secretary of War, Pete Hegseth to provide all necessary troops to protect War ravaged Portland, and any of our ICE Facilities under siege from attack by Antifa, and other domestic terrorists. I am also authorizing Full Force, if necessary. Thank you for your attention to this matter.[11]

Apparently seeking to support that assessment with nonexistent "facts," he later asserted, "The amazing thing is you look at Portland and you see fires all over the place. You see fights. I mean, violence, it's so

---

[10] The Oregonian, *"It is Like Living in Hell": Trump Discusses Portland as He Considers Sending the National Guard*, YouTube (Sept. 5, 2025), https://www.youtube.com/watch?v=6tP9QqDmu74; *see also* The Oregonian, *Trump Mentions Portland at White House: "Just People Out of Control and Crazy*," YouTube (Sept. 19, 2025) at 0:10, https://www.youtube.com/watch?v=cisl1y10YRw&t=10s ("[T]his has been going on for years. It's just people out of control, crazy. We're going to stop that very soon.").

[11] Donald J. Trump (@realDonaldTrump), Truth Social (Sept. 27, 2025, at 07:19 AM), https://truthsocial.com/@realDonaldTrump/posts/115276694936263266.

12

crazy."[12] He went on assert, "Many people have been badly hurt, and even killed."[13] That attempt to deploy troops to the streets of Portland was fortunately thwarted by prompt judicial intervention, which recognized that the descriptions of violence in Portland—much like the false moniker of "domestic terrorists" used to smear protesters killed by federal agents in Minneapolis[14]—were unsupported by facts. *See Oregon v. Trump*, 802 F. Supp. 3d 1277, 1292 (D. Or. 2025) (explaining that "[t]he President's determination was simply untethered to the facts."); *Oregon v. Trump*, 809 F. Supp. 3d 1193, 1259 (D. Or. 2025) (concluding "that the President did not have a colorable basis to

---

[12] Erik Neumann, *Right-wing influencers shape nation and Trump's understanding of Portland protests* (Oct. 11, 2025), https://www.opb.org/article/2025/10/11/right-wing-influencers-shape-nation-and-trumps-understanding-of-portland-protests/.

[13] Dirk VanderHart, *Trump administration gave Oregon governor 12-hour deadline to mobilize troops, memo shows* (Oct. 1, 2025), https://www.opb.org/article/2025/10/01/trump-kotek-troop-mobilization-deadline/.

[14] Jennifer Bendery, *Kristi Noem Won't Admit Renee Good, Alex Pretti Were Not "Domestic Terrorists"* (Mar. 4, 2026), https://www.huffpost.com/entry/kristi-noem-jamie-raskin-renee-good-alex-pretti-domestic-terrorists_n_69a8728be4b0d5c345662f66.

13

… federalize[] and deploy[] the National Guard to the Portland ICE building").

But the administration did not give up. During a visit to Portland, then-Department of Homeland Security Secretary Kristi Noem denigrated the successful tactics utilized by PPB and the City to maintain public safety while respecting First Amendment expression: "One of the things I've been dealing with all day here in Portland is a bunch of pansies that are elected into political office who won't make a decision to keep their citizens safe."[15] She also threatened the Mayor that if Portland did not align its law enforcement approach to one she favored, "we [are] going to cover him up with more federal resources and that we're going to send four times the amount of federal officers here," and characterized the protesters as "professional terrorists." *Id.* Consistent with pattern, those threats did not seem to be made in response to any genuine danger to federal officers or to their mission but appeared to be retaliation for the City disagreeing with this federal administration's disproportionate response at the ICE facility.

---

[15] Fox News, *"I'm EXTREMELY disappointed: Secretary Kristi Noem"*, YouTube (Oct. 7, 2025), https://www.youtube.com/watch?v= XGZ26qJNzho.

14

Such rhetoric is not just hyperbolic—it is counterfactual. Portland does not have an unusually high crime rate.[16] Protests in Portland since 2020 have been largely peaceful and successfully managed by PPB. Nevertheless, the bogeyman of rampant mayhem and lawlessness has been used by this administration to justify surging armed federal officers to Portland, and to give those officers the false impression that they are being deployed to a dangerous warzone populated by "terrorists" hell-bent on doing them harm. As just one more example, in late September 2025 defendant Trump issued a national-security memorandum referencing purported "Riots in … Portland" and directing federal law enforcement to treat anti-deportation protests as part of grand "terroristic conspiracies" against the federal government.[17]

---

[16] *See* Zaeem Shaikh, *Portland crime data contradicts Trump's 'living in hell' claim* (Sept. 23, 2025), https://www.oregonlive.com/crime/2025/09/portland-crime-data-contradicts-trumps-living-in-hell-claim.html.

[17] *See* National Security Presidential Memorandum/NSPM-7 (Sept. 25, 2025) ("Countering Domestic Terrorism and Organized Political Violence"), https://www.whitehouse.gov/presidential-actions/2025/09/countering-domestic-terrorism-and-organized-political-violence/.

15

It is little wonder that, undertrained and indoctrinated with such dystopian talk, federal officers freshly deployed to Portland proved overly ready to use excessive and indiscriminate force against peaceful protestors. Indeed, plaintiff Dickinson testified below that teams of federal officers generally were "much more aggressive" right after they had arrived in Portland, but that their uses of force subsequently decreased as those officers "reassessed" the reality on the ground. (*See* 03/03/26 Tr. 258-60). Unfortunately, defendants rotated "crews" of federal agents every "two or three weeks," meaning that "new rounds of agents" would arrive and again "be very aggressive with the use of force." (*Id.*). The cycle of excessive force fed by defendants' false narrative thereby received a continually renewed impetus.

The clear explanation for the administration's persistent vitriol, attempted deployment of the military, and surge of federal agents and improper uses of force toward Portland residents, is animus and retaliation against a City that this administration disfavors due to its political leanings. This has not been lost on the public at large—

16

defendant Trump's obsession with Portland as "an avatar of the left" is well documented.[18]

While this federal executive's retaliatory defamation has harmed—and continues to harm—Portland's reputation, that injury did not stop at mere rhetoric. It metastasized into precisely what defendant Trump called for—"Full Force" in response to largely peaceful protests. This is not just injurious to the City's political and economic vitality, it is dangerous to the wellbeing of protesters, the neighbors of the ICE facility, and the City as a whole. In addition to the physical and environmental dangers these uses of force present, the fear that grows from unjustified and indiscriminate uses of force undermines civic engagement by suppressing expression, dialogue, and debate. The district court's preliminary injunction appropriately reduces at least some of those harms while this litigation is pending.

///

[18] *See, e.g.,* Myah Ward and Natalie Fertig, *Why Donald Trump is obsessed with Portland*, Politico (Sept. 27, 2025), https://www.politico.com/news/2025/09/27/donald-trump-portland-military-protest-00583423; Anna Griffin, *Trump Again Focuses on Portland as an Avatar of the Left*, New York Times (Sept. 28, 2025), https://www.nytimes.com/2025/09/28/us/portland-trump-ice-protests.html.

**II.** **Federal law enforcement's use of excessive and indiscriminate force has undermined PPB's response to protests.**

As plaintiffs have outlined in their own brief, federal law enforcement at the ICE facility has, on numerous occasions, used significant amounts of excessive or indiscriminate force against largely peaceful protesters. PPB has been directly impacted by these uses of force and been materially hindered in performing necessary protest policing by the surprising and excessive federal response.

PPB officers have observed numerous instances where indiscriminate uses of force by federal law enforcement at the ICE facility appeared unnecessary and excessive. (*See, e.g.,* 03/02/26 Tr. 37, 41, 43, 45-48, 88, 90, 95-97). In fact, multiple times PPB officers were, themselves, impacted by those uses of force. As early as June 14, 2025, federal officers used teargas on an entire crowd, when only a small group of individuals next to the ICE facility warranted intervention. (SER00340-41). This indiscriminate use of teargas caused everyone present, even those peacefully protesting or observing, to retreat from the area. (*Id.*). On October 4, 2025, federal officers deployed teargas on a crowd of people who were nonviolent and when the only observable

18

unlawful conduct was passive trespassing or civil disobedience. (SER00349-51). Again, on October 18, 2025, protest activities were similar to a festive event, with music, dancing, and costumes, yet federal officers deployed chemical munitions on that crowd. (*Id.*; SER00340-41). Indeed, in this instance, PPB officers and Oregon State Patrol troopers had to leave the area as well because they had been exposed to chemical munitions. (SER00340-41). On that same night, a PPB sergeant was struck by an impact munition while trying to leave the area with his squad. (SER00349-51). On January 24, 2026, the crowd was again largely festive, yet chemical munitions were deployed on the entire crowd in an apparent response to some protesters encroaching on federal property. (SER00340-41).

More recently, federal law enforcement's use of force was particularly egregious on January 31, 2025. On that date, an organized march of four to five thousand people was in the area of the ICE facility. (SER00342). The crowd was largely peaceful. (*Id.*). There were 30-50 individuals dressed in black at the gate to the ICE facility, reported to be trying to secure the gate with rope. (*Id.*). The federal officers responded by deploying chemical munitions that affected hundreds of

19

peaceful protestors who were not even near the gate. (*Id.*). This use of force was disproportionate to the threat posed and showed a lack of awareness of the totality of the circumstances. (*Id.*).

Such conduct by federal law enforcement has undermined PPB's ability to implement the significant changes that followed the 2020 protests. (*See* 03/02/26 Tr. 78-80, 83-85, 88, 97). Following those protests, consistent with changes to Oregon law and best practices, PPB revised its policies and updated its training and tactics for responding to protests. Those improvements were made with the goal of "protecting First Amendment rights and the tradition of exercising free speech and assembly in the City of Portland," while "maintaining public safety, peace, and order." (SER00347, SER00353-71). Specifically, PPB utilizes a layered, nimble approach to respond with appropriate resources to a public order event. The key components of that approach are: dialogue officers, bike officers, plainclothes officers, and a hard squad staged nearby to deal with serious disorder, if needed. (*See* 03/02/26 Tr. 78-80). Those changes have significantly reduced PPB's reliance on deploying force, including teargas, during large protest events. (*See* 03/02/26 Tr. 80). And importantly, they have significantly improved PPB's

20

relationship with community members and protesters, enhancing its ability to address specific criminal activity while promoting the exercise of First Amendment rights. (*See* 03/02/26 Tr. 57-59).

But the federal government's excessive and often unpredictable uses of force at the ICE facility significantly limited PPB's ability to utilize this measured approach to responding to protests. (*See* 03/02/26 Tr. 57-59). Firstly, the federal officers at the ICE facility failed to utilize effective command and control in their attempts to perform public-order policing. (SER00340-41). A clear chain of command is essential in law enforcement, so that personnel operate with shared objectives, priorities, and intent. (*Id.*). But in this case, it was unclear who at the federal level was authorizing the uses of force outside the ICE facility. (03/02/26 Tr. 88-90). That lack of unified command and control between law enforcement officers at the ICE facility limited the amount and accuracy of communication and information that PPB received. (SER00349-51). It was, therefore, the norm rather than the exception for PPB to have no information in advance of federal officers using significant amounts of indiscriminate force. (*Id.*). This lack of

21

information was further exacerbated when those uses of force often did not appear to be in response to violent criminal conduct. (*Id.*).

This lack of information sharing, coupled with the excessive, indiscriminate, and unpredictable nature of the force used, meant that PPB officers remaining in or near the crowd were put at a safety risk themselves. (*See, e.g.*, 03/02/26 Tr. 135). This forced them to pull back from their positions. (SER00349-51). By leaving the area, PPB officers were no longer not close enough to observe criminal conduct, engage in de-escalation, make necessary arrests, or intervene when necessary. (*Id.*).

In addition to the practical challenges PPB officers faced trying to police while risking unpredictable exposure to defendants' munitions, the actions of the federal officers eroded public confidence in law enforcement generally, undermining the trust that PPB has worked hard to rebuild. (SER00341-42). This was due to both federal officers' regular use of unnecessary and excessive force, but also because federal-enforcement officers were not identifiable. (03/02/26 Tr. 92-94). Federal officers' common practice of wearing masks and not displaying identification was especially problematic. (SER00341-42). Some

22

members of the public who cannot readily differentiate between the different law enforcement agencies view all law enforcement through the same lens. (*Id.*; 03/02/26 Tr. 94). The result is that improper and dangerous actions by federal law enforcement have a negative impact on PPB's relationship with the local community.

Moreover, the indiscriminate use of teargas and other munitions, not only chills the exercise of free speech, it also can anger and change the behavior of crowds. (SER00342; SER00351-52). Upon perceiving unjust action, the collective behavior of a crowd can shift, making people more distrustful of authority, including authority exerted by PPB. (SER00351-52). That distrust in turn makes it more difficult for PPB to gain voluntary compliance with matters as basic as asking people to move out of the street. (*Id.*). Simply put, the actions of federal law enforcement have made all law enforcement look bad and PPB's tasks harder. PPB has worked diligently since 2020 to improve, and defendants' actions in this case have undermined that hard-earned public trust.

From a legal perspective, federal officers' indiscriminate and unjustified use of teargas and chemical munitions makes meaningful

coordination between PPB and federal law enforcement untenable. (*Id.*).

Or. Rev. Stat. § 181A.708 sets forth specific limitations on when certain

crowd-control munitions, including impact munitions and

indiscriminate tools like teargas, can be used in public-order events.

(SER00348-49). Oregon law also prohibits a law-enforcement agency

from using another law-enforcement agency as a proxy to use crowd-

control munitions in a manner that would violate the law, or to act in

concert with another law-enforcement agency to engage in such

conduct. Or. Rev. Stat. § 181A.710. On multiple occasions, federal law-

enforcement officers at the ICE facility have used crowd-control

munitions in a way that would violate Oregon's restrictions. Or. Rev.

Stat. § 181A.708. When they do so, PPB cannot coordinate a crowd-

control response without risking a violation of Or. Rev. Stat. §

181A.710(2)(b). (SER00340). Perhaps more important, to maintain

public trust, PPB officers want to distance themselves from the use of

such tools, but doing so makes policing these events extremely difficult.

(*Id.*).

In sum, the type, manner, and purported justification for the force

used by federal officers at the ICE facility pushes back against years of

learning and improvement on the part of PPB. It not only directly affects officers who have been exposed to teargas and impacted by munitions, it also deteriorates the already-tenuous public trust in police. And it prevents PPB from responding effectively to genuine criminal activity or threats. The district court's preliminary injunction in this case appropriately alleviates such concerns and should be maintained while this matter is pending.

**III.** **The federal executive's unjustified, excessive, and indiscriminate force not only endangers protesters and impedes the efforts of PPB, but also causes deep harm to the greater Portland community.**

Like many—and, one hopes, most if not all—jurisdictions across the country, the City of Portland values First Amendment expression from all of its residents. In difficult times, the shield of the First Amendment allows Portlanders to express dissent, voice concerns, and advocate for change without fear of reprisals. The protection afforded free expression is of fundamental importance and should not depend on whether dissent is directed at the policies or actions of the City, of the State of Oregon, or of defendants. It is through acts of expression that we engage in productive dialogue, learn from each other, and strive to build a better society. When acts of expression are met with

25

overwhelming and unjustified force, fewer people speak up, viewpoints are suppressed, and we are unable to engage productively as a body politic to learn, grow, and improve.

Over the past many months, the Mayor and City Councilors have received hundreds of messages from members of the community expressing horror and concern regarding the use of teargas and other indiscriminate less-lethal munitions at the ICE facility. Those concerns come from protesters who worry about returning to the area to lawfully exercise their First Amendment rights. Those concerns come from residents of the Southwest Waterfront neighborhood who have repeatedly experienced teargas seeping into their residences. Those concerns come from local businesses who worry that customers will not visit their businesses because of the danger created by federal agents or the reputational damage caused by defendants' defamation of the City. Those concerns come from doctors, nurses, and other medical professionals who work and serve patients in buildings near the ICE facility and worry for both themselves and the medically sensitive individuals they treat. Those concerns come from members of the Portland community not otherwise connected to the ICE facility or even

26

that area of town, when they read in the paper or see on the news that their friends and neighbors have been subjected to teargas simply for having the courage to stand up for—and with—the vibrant immigrant community that makes Portland special.

When the federal executive deploys its vast resources against its own citizens and engages in excessive, unjustified, and unnecessary force against its own people, it undermines the nation's faith in its institutions. Most directly, such actions exacerbate distrust for law enforcement, including local law enforcement like PPB. But they also sap confidence in government generally—whether state or local, or legislative or judicial. People are understandably appalled that shocking displays of force against peaceful dissenters can occur repeatedly, often in broad daylight, without existing institutions stepping in to stop them. The City has attempted to use the limited tools available to it and attempt to mitigate the harm from teargas through City code changes that hold property owners of detention facilities responsible for costs and externalities of this conduct.[19]

---

[19] *See* Portland, Or. Code Ch. 5.80 (Detention Facility Impact Fee, Ordinance 192127; effective Jan. 2, 2025).

27

There is, however, another institution with the authority to intervene directly to stop patterns of excessive and retaliatory force—the judiciary. By affirming the district court's preliminary injunction, this court can take an important step toward reassuring the public—the residents of Portland—that the federal executive's improper exercise of its power will not go unchecked. The City is mindful that a preliminary injunction is an extraordinary remedy that should issue only in limited circumstances. *Winter v. Natural Res. Def. Council*, 555 U.S. 7, 22 (2008). As the district court properly explained below, these are such circumstances, and this court should therefore affirm.

## CONCLUSION

As the City's Mayor forcefully declared, "I share the impatience [of] those who demand we use every legal tool at our disposal to push back against this inexcusable, unconscionable, and unacceptable violence against our community."[20] Every time federal law enforcement, goaded by the present administration, uses unnecessary and unjustified

---

[20] Portland Mayor Statement on Federal Use of Chemical Munitions at Peaceful Protest (Jan. 31, 2026), https://www.portland.gov/mayor/keith-wilson/news/2026/1/31/portland-mayor-statement-federal-use-chemical-munitions-peaceful.

28

force against Portlanders, it harms not just those individuals, but chills the rights of all Portland residents, undermines the Police Bureau and the City itself, and saps the very underpinnings of civil society. "An elective despotism was not the government we fought for," and no branch of government should "transcend their legal limits without being effectually checked and restrained by the others." The Federalist No. 48 (James Madison). By affirming the district court's grant of a preliminary injunction enjoining the federal administration's unlawful use of force while this case proceeds to a full decision on the merits, this court can vindicate the guarantees of our Constitution and Bill of Rights and demonstrate that, in this our nation's two hundred and fiftieth year, those guarantees are not yet forgotten.

DATED: May 18, 2026

Respectfully submitted,

/s/ Denis M. Vannier
Denis M. Vannier, OSB No. 044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov

Counsel for Amicus Curiae City of Portland

29

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 8. Certificate of Compliance for Briefs**

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form08instructions.pdf*

**9th Cir. Case Number 26-1609**

I am the attorney or self-represented party.

**This brief contains 5,361 words,** including 0 words manually counted in

any visual images, and excluding the items exempted by FRAP 32(f). The brief's

type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one)*:

[ ] complies with the word limit of Cir. R. 32-1.

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[**X**] is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
  [ ] it is a joint brief submitted by separately represented parties.
  [ ] a party or parties are filing a single brief in response to multiple briefs.
  [ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature:** */s/ Denis M. Vannier*          **Date:** May 18, 2026

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 8**                                                    *Rev. 12/01/22*